UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY PITTS, an individual on her own behalf, and as Personal Representative of the Estate of ROBERTO FLORES, deceased, and minor children, AF, minor child, JF, minor child, SF, minor child, KF, minor child,<br><br>                Plaintiffs,<br><br>   v.<br><br>RIVERA & SONS INC., a Washington Corporation, and ARMANDO ISMAEL CONTRERAS-ARELLANO, an individual,<br><br>                Defendants. | NO: 4:22-CV-5080-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs. ECF No. 10. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all of Plaintiffs' claims against Defendants be dismissed with prejudice and without costs

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

to either party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs to either party.

2. All pending motions, deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 11, 2023.



THOMAS O. RICE
United States District Judge