AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 11, 2023

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ASHLEY PITTS, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| RIVERA & SONS INC., et al, | |
| *Defendant* | |

Civil Action No.   4:22-CV-5080-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without costs to either party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge     THOMAS O. RICE _____

on the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs.  ECF No. 10.

Date:  January 11, 2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____